## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Annette Fuller Roach
Louisiana Appellate Project
P. O. Box 1747
Lake Charles LA 70602-1747

Robert Neal Green, Jr.
Pro-Se DOC No. 407836
205 Franklin Street
Mansfield LA 71052

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on May 27, 2020

## REHEARING ACTION: May 27, 2020

**Docket Number: 19  00544-KA**

**STATE OF LOUISIANA**
**VERSUS**
**ROBERT NEAL GREEN, JR.**

**Appealed from Sabine Parish Case No. 78666**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Elizabeth A. Pickett**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Robert Neal Green, Jr.** has this day been

    **GRANTED.** (See opinion on rehearing also rendered this date)

    Pickett,J., would deny the rehearing.

cc: Hon. Don M. Burkett, Counsel for the Appellee